UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>   Defendants. | Case No. 22-cv-04593-JSW<br><br>**ORDER OF DIMSISSAL** |

On August 8, 2022, Plaintiffs, California prisoners proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. The same day, the Clerk notified Plaintiffs that they must submit a complaint signed by all Plaintiffs, and that they needed to file applications to proceed in forma pauperis ("IFP") or pay the filing fee, within 28 days. The Clerk also mailed to Plaintiffs the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the deficiency notices, Plaintiffs were informed that the case would be dismissed if they did not file a complaint signed by all Plaintiffs, and either pay the filing fee or file completed IFP applications before the deadline. No response has been received from Plaintiffs. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 28, 2022

_____
JEFFREY S. WHITE
United States District Judge